**Gary Buterra WILLIAMS, Plaintiff—Appellant,**

v.

**THE CITY OF RICHMOND; The County of Henrico; T.A. Vliet, Police Officer, Henrico County; Sarah Jessie, Detective, Henrico County Police; Sean Adams, Sgt., City of Richmond Police; Ms. Travers, Nurse, Henrico Doctors Hospital; Deborah Meade–Jackson, Magistrate, City of Richmond; Anne B. Holton, Judge, Gener-**

al District Court; Kevin Nunnally, Assistant Commonwealth Attorney, City of Richmond; Bradley Cavedo, Judge, City of Richmond Circuit Court; Vicky B. George, Deputy Clerk, Virginia Court of Appeals; D. Davis, Clerks Assistant, Virginia Court of Appeals; Vietta Parsons, Public Defender; Sara Gaborik, Public Defender; Diane Abato, Deputy Commonwealth Attorney, City of Richmond, Defendants—Appellees.

No. 05–7313.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 23, 2006.

Decided: Feb. 27, 2006.

Gary Buterra Williams, Appellant Pro Se.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary Buterra Williams appeals the district court's order denying relief without prejudice on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. City of Richmond,* No. CA–04–747–3 (E.D.Va. Aug. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*